No. 59. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 397 U. S. 986.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and an additional 15 minutes allotted for argument. An additional 15 minutes allotted to counsel for petitioner. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 61. INVESTMENT COMPANY INSTITUTE ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY, ET AL. C. A. D. C. Cir. [Certiorari granted, 397 U. S. 986.] Motion of the Solicitor General for additional time for oral argument granted and 15 minutes allotted for that purpose. An additional 15 minutes allotted to counsel for petitioner. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 63. GROVE PRESS, INC., ET AL. *v.* MARYLAND BOARD OF CENSORS. Appeal from Ct. App. Md. [Probable jurisdiction noted, 397 U. S. 984.] Motions of Adult Film Association of America, Inc., Motion Picture Association of America, Inc., and National Association of Theater Owners, Inc., for leave to file briefs as *amici curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.

No. 113. DECKER, U. S. DISTRICT JUDGE, ET AL. *v.* HARPER & ROW PUBLISHERS, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 397 U. S. 1073.] Motion of American Bar Assn. for leave to file a brief as *amicus curiae* granted. Motions of Illinois State Bar Assn., Ohio State Bar Assn., and Minnesota Bar Assn. for leave to join in *amicus curiae* brief of American Bar Assn. granted. Motions of Association of the Bar of the City of New York et al. and Edward S. Irons et al. for leave to file briefs as *amici curiae* granted.